UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DENNIS M. CAVANAUGH |
| | : | MAGISTRATE NO. 09-341 (DMC) |
| V. | : | **CONSENT ORDER** |
| | : | **TEMPORARY RETURN OF PASSPORT** |
| JACK KADYMIR | : | |

This matter having been opened to the Court by the defendant, Jack Kadymir, by his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with the government's consent to the form of the order, and for good cause shown;

WHEREFORE, it is on this 23 day of November, 2009;

ORDERED the release of Mr. Kadymir's wife's passport on Thursday, December 3, 2009;

IT IS FURTHER ORDERED that the passport must be returned no later than Tuesday, December 15, 2009.

DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT JUDGE

I hereby consent to the form
and entry of the above Order.

PAUL J. FISHMAN
United States Attorney

By: Stacey A. Levine
Assistant U.S. Attorney

K. Anthony Thomas
Assistant Federal Public Defender